In the matter of Simon Bender. M. S. Schector, for appellant. E. M. Otterbourg, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

SCOTT, J., dissents.

BENDIX, Respondent, v. BENDIX, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Angelica Bendix against Max Bendix. J. P. Sheffield, for appellant. H. Nathan, for respondent. No opinion. Order modified, by reducing counsel fee to $200, and, as modified, affirmed, without costs. Order filed.

BERGSTROM et al., Appellants, v. RIDGWAY CO., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Oscar Bergstrom and others against the Ridgway Company. O. B. Bergstrom, for appellants. C. J. Shearn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 53 Misc. Rep. 95, 103 N. Y. Supp. 1093; 131 App. Div. 794, 116 N. Y. Supp. 247; 138 App. Div. 911, 123 N. Y. Supp. 1129.

BERNHARD, Respondent, v. BERNHARD, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Cecelia Bernhard against Solomon Bernhard. No opinion. Interlocutory judgment affirmed, with costs. See, also, 134 App. Div. 942, 118 N. Y. Supp. 1094.

BERWANGER, Respondent, v. SALOMON, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by Florence B. Berwanger against Louis Salomon. No opinion. Judgment of the Municipal Court affirmed, with costs.

BEYER, Respondent, v. RAUB, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1911.) Action by Ernest T. Beyer against Herman Raub. No opinion. Judgment of the Municipal Court affirmed, with costs.

BIRD, Appellant, v. CITY OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Francis A. Bird against the City of Buffalo. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. For former decision, see 129 N. Y. Supp. 1113.

In re BIRDSEYE. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of Clarence F. Birdseye. No opinion. Reference ordered. Settle order on notice.

BLOOMINGDALE, Appellant, v. DUFFY, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Emanuel W. Bloomingdale against Mary A. 130 N.Y.S.—70

Duffy, as executrix, etc. A. B. Rosenfield, for appellant. J. A. Allen, for respondent. No opinion. Determination (71 Misc. Rep. 136, 127 N. Y. Supp. 1080) affirmed, with costs and disbursements. Order filed. See, also, 129 N. Y. Supp. 1113.

BLUTE v. FELLOWES. (Supreme Court, Appellate Division, Third Department. June 28, 1911.) Action by James Blute against Cornelius C. Fellowes. No opinion. Motion denied. See, also, 143 App. Div. 825, 128 N. Y. Supp. 18; 129 N. Y. Supp. 1113.

In re BOARD OF RAPID TRANSIT COM'RS (Lexington Ave. Route). (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of the Board of Rapid Transit Commissioners (Lexington Avenue Route). With this case has been consolidated in this court cases bearing titles as follows: Board of Rapid Transit Com'rs (Third Ave. Route); Same (Seventh and Eighth Ave. Route); Same (Fourteenth Street Route); Same (White Plains Road Route). No opinions. Applications granted, and time extended for two years from October 15, 1911. Settle orders on notice. See, also, 126 App. Div. 915, 112 N. Y. Supp. 1122.

In re BOEHM. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of George N. Boehm. No opinion. Reference ordered. Settle order on notice.

BOHNHOFF, Appellant, v. FISCHER, Respondent, et al. (Supreme Court, Appellate Division, Second Department. June 23, 1911.) Action by August Bohnhoff against Henry C. Fischer, impleaded with William Kennedy. No opinion. Motion denied, with $10 costs.

BOOS et al., Respondents, v. KNICKERBOCKER CHOCOLATE CO., Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Carl Boos and another against the Knickerbocker Chocolate Company. F. Barker, for appellant. F. E. Neagle, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

BOSKOWITZ, Appellant, v. SULZBACHER, Respondent. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Jesse L. Boskowitz, as administrator, against Joseph H. Sulzbacher. D. Leventritt, for appellant. C. L. Craig, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 122 App. Div. 887, 106 N. Y. Supp. 1117; 139 App. Div. 899, 123 N. Y. Supp. 508.

In re BOSTON ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of the Boston Road in the City of New York. T. F. Conway, for appellant. L. H. La Motte, for respondent. No opinion. Order